**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG DISPLAY CO., LTD., <br><br> Defendants. | Civil Action No. 2:17-cv-00715-JRG |

**SAMSUNG'S NOTICE OF FILING
OF PETITION FOR *INTER PARTES* REVIEW**

Defendants Samsung Electronics America, Inc., Samsung Display Co. Ltd., and Samsung Electronics Co., Ltd. (collectively, "Samsung") respectfully submit this notice to alert the Court that Samsung, on June 15, 2018, filed a petition for *Inter Partes* Review of the patent asserted in this action, challenging every claim asserted against Samsung by Plaintiff in its P.R. 3-1 & 3-2 Disclosure.

Dated: June 18, 2018

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Ranganath Sudarshan
rsudarshan@cov.com
Grant Johnson
gjohnson@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
Phone: (650) 632-4700
Fax: (650) 632-4800

Matthew B. Phelps
mphelps@cov.com
Jennifer D. Cieluch
jcieluch@cov.com
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, New York 10018-1405
Phone: (212) 841-1178
Fax: (212) 841-1010

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on this 18th day of June, 2018.

*/s/ Melissa R. Smith*
Melissa R. Smith