Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>   Marshall   </u> DIVISION
APPLICATION TO APPEAR PRO HAC VICE


APPROVED
By FaithAnn Laurents at 2:22 pm, May 09, 2019

1. This application is being made for the following: Case # <u>2:17-cv-00715-JRG</u>
Style/Parties: <u>Polaris PowerLed Technologies, LLC v. Samsung Electronics America, Inc.</u>
2. Applicant is representing the following party/ies: <u>Polaris PowerLed Technologies, LLC</u>
3. Applicant was admitted to practice in <u>CA</u> (state) on <u>11/20/2006</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
<u>Supreme Court CA, USDC NDCA, CDCA, SDCA, Federal Circuit Court of Appeals, 9th Circuit</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Marc Belloli</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>05/09/2019</u>     Signature <u>/s/ Marc Belloli</u> (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Marc Belloli
Bar Number /State 244290
Firm Name: Feinberg Day Alberti Lim & Belloli LLP
Address/P.O. Box: 1600 El Camino Real, Suite 280
City/State/Zip: Menlo Park, CA  94025
Telephone #: 650 618-4360
Fax #: 650 618-4368
E-mail Address: mbelloli@feinday.com
Secondary E-Mail Address: cpohorski@feinday.com

This application has been approved for the court on: 5/9/19

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *[signature]*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and  Password so that you will be able to electronically file your application and pay the $100 fee on  line. If you already have a login and password, you will still need to wait for approval email  from the clerk before filing your electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**