**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | Civil Action No. 2:17-cv-00715-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that attorney M. Elizabeth Day hereby enters her appearance as co-counsel on behalf of Plaintiff, Polaris PowerLED Technologies, LLC in the above referenced proceeding. Counsel hereby requests notices and copies of all communications and other documents filed in the above-referenced proceeding. Copies should be emailed, mailed or faxed to M. Elizabeth Day, counsel for Plaintiff, at the address set forth below.

Dated the 9th day of May, 2019.

Respectfully submitted,

By: /s/ *M. Elizabeth Day*
M. Elizabeth Day
CA Bar No. 177125 (Admitted E.D. Texas)
FEINBERG DAY ALBERTI LIM & BELLOLI
1600 El Camino Real, Suite 280
Menlo Park, California 94025
Telephone: (650) 618-4360
Facsimile: (650) 618-4368
Email: eday@feinday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.   Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 9th day of May 2019.

By:/s/ *M. Elizabeth Day*
M. Elizabeth Day