IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, <br><br>            *Plaintiff,* <br><br>     vs. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG DISPLAY CO., LTD., <br><br>     *Defendants.* | Civil Action No. 2:17-CV-715 <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Plaintiff Polaris Powered Technologies, LLC ("Polaris") and Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. and Samsung Display Co., Ltd. (collectively, "Samsung") respectfully request that the Court dismiss *with prejudice* all claims for relief brought by Polaris against Samsung in the above-captioned action styled *Polaris PowerLED Technologies, LLC v. Samsung Electronics America, Inc ., et al,* Civil Action No. 2:17-cv-00715 (the "Litigation").  Polaris and Samsung request that all attorney fees, costs of court, and other expenses incurred in the Litigation be borne by each party incurring same.

Dated: July 22, 2019

Respectfully submitted,

*/s/ Robert F. Kramer*
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C**.
ddacus@dacusfirm.com
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

Of Counsel:

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
Email: rkramer@feinday.com
M. Elizabeth Day
CA Bar No. 177125 (Admitted E.D. Texas)
Email: eday@feinday.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
_Email: rtonkovich@feinday.com
Marc Belloli (*pro hac vice*)
CA Bar No. 244290
mbelloli@feinday.com
Nick Martini
CA Bar 237687 (*pro hac vice*)
nmartini@feinday.com
Kate Hart
CA Bar 275121 (*pro hac vice*)
khart@feinday.com
Aidan M. Brewster
CA Bar No. 319691 (*pro hac vice*)
abrewster@feinday.com
FEINBERG DAY KRAMER ALBERTI LIM
TONKOVICH & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025

**ATTORNEYS FOR PLAINTIFF**

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Tel:  (903) 934-8450 | Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Ranganath Sudarshan
rsudarshan@cov.com
Grant Johnson
gjohnson@cov.com
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam
rhaslam@cov.com
**COVINGTON & BURLING LLP**
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
Phone: (650) 632-4700
Fax: (650) 632-4800

Matthew B. Phelps
mphelps@cov.com
Jennifer D. Cieluch
jcieluch@cov.com
**COVINGTON & BURLING LLP**
620 Eighth Avenue
New York, New York 10018-1405
Phone: (212) 841-1178
Fax: (212) 841-1010

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this the 22nd day of July, 2019.

*/s/ Melissa R. Smith*
Melissa R. Smith